**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | Judge Joan H. Lefkow<br><br>Magistrate Judge Young B. Kim |
| Plaintiffs, | |
| vs. | Case No. 1:11-cv-03754 |
| OHLSON ENTERPRISES, BERNICE K. WATTMAN as a Trustee of the U/A DTD 11/01/2002 BERNICE K. WATTMAN TRUST, HELEN BROWN, and JOHN R. BLACK on behalf of themselves and a class of similarly situated persons and entities, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 29, 2011, he caused true and correct copies of the Plaintiffs' Notice of Status Report and the Plaintiffs' Notice of Voluntary Dismissal of The Board of Trustees of the University of Illinois to be served upon the parties listed below in the manner indicated below:

Bruce S. Sperling
Claire Perona Murphy
Daniel A. Shmikler
Steven Craig Florsheim
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312)641-3200
bss@sperling-law.com
cmurphy@sperling-law.com
dshmikler@sperling-law.com

sflorsheim@sperling-law.com
Attorneys for Chandler Bigelow
*Served with filed documents via ECF System*

Thomas Maurice Weithers
Central States Law Department
9377 W. Higgins Road
10th Floor
Rosemont, IL 60018-5123
(847) 518-9800
tweithers@centralstates.org
Attorney for Central States Southeast and Southwest Area Pension Fund
*Served with filed documents via ECF System*

Shelly Byron Kulwin
Jeffrey R. Kulwin
Kulwin, Masciopinto & Kulwin, LLP
161 North Clark Street, Suite 2500
Chicago, IL 60601
(312) 641-0300
skulwin@kmklawllp.com
jkulwin@kulwinlaw.com
Attorneys for Arthur E Goldberg
*Served with filed documents via ECF System*

John R. McCambridge
George Robert Dougherty
Maile H. Solis
Grippo & Elden
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
docket@grippoelden.com
Attorneys for Dennis J FitzSimons *as an individual and as a Trustee of the U/A DTD 03/29/2001 by Dennis J FitzSimons Trust, Irene M. Freutel, as a Trustee of the U/A DTD 04/28/2001 by Irene M. Feutel REV TR*, Kathleen Geary and John J. Vitanovec *as Trustees of the U/A/ DTD 12/27/1996 by Kathleen Geary Trust and the U/A DTD 12/27/1996 by John J. Vitanovec Trust*, Donald Grenesko, Marcia Grenesko, Elizabeth Landon, Timothy Landon, Thomas Leach, Tracy Leach, R Mark Mallory *as an individual and as a Trustee of the U/A/ DTD 12/30/1999 by R Mark Mallory*, Ruthellyn Musil *as a Trustee of the U/A DTD 07/27/2001 by Ruthellyn Musil Trust*, John F Poelking, Laurie H Poelking, Jann Reardon *as Trustee of the U/A DTD 11/03/1999 by John and Jann Reardon*, John E Reardon *as an individual and as a Trustee of the U/A DTD 11/03/1999 by John and Jann Reardon*, Irene M F Sewell, Timothy A Sewell, Scott C Smith *as an individual and as a Trustee of the U/A/ DTD 04/16/1983 by Scott C Smith*, Kenneth Cahn*, as an individual and as a Trustee of the Dorothy Cahn Trust UAD 07/03/1981, and Kenneth Cahn Tr UA 07/03/91* Dorothy Cahn, Stephanie Cahn, Gerald Agema, Marcia Agema, Envestnet Asset Management
*Served with filed documents via ECF System*

Verona Marie Sandberg
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312)360-6000
vsandberg@freebornpeters.com
Attorney for Thomasyne C Hubert
*Served with filed documents via ECF System*

Douglas R. Lindstrom , Jr.
Lane & Waterman LLP
220 N. Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
dlindstrom@l-wlaw.com
Attorney for Larry L Bloom *as a Trustee of the Bloom Trust 11-21-95 and Mary J. Bloom as a Trustee of the Mary J Bloom Trust 11-21-95 Ten Com*
*Served with filed documents via ECF System*

Oliver J. Larson
Fox Hefter Swibel Levin Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606
(312) 224-1200
oliverlarson@hotmail.com
Attorney for Michael Liccar and Michael J. Liccar & Co.
*Served with filed documents via ECF System*

Kenneth E. Kraus
Todd H. Flaming
KrausFlaming LLC
20 South Clark Street
Suite 2620
Chicago, IL 60603
(312) 447-7216
ken@krausflaming.com
todd@krausflaming.com
Attorneys for Blandina Rojeck Char LD Trust, Smoke Rise Foundation, Inc.
*Served with filed documents via ECF System*

Daniel J Carrigan
Daniel Jarcho
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006
202-496-7436
dcarrigan@mckennalong.com
djarcho@mckennalong.com
Attorneys for Blandina Rojeck Char LD Trust, Smoke Rise Foundation, Inc.
*Served with filed documents via ECF System*

David W. Inlander
Ronald D. Menna , Jr.
Fischel & Kahn, Ltd.
190 South LaSalle Street, Suite 2850
Chicago, IL 60603
(312) 726-0440
dinlander@fischelkahn.com
RMenna@fischelkahn.com
Attorneys for Friedman & Huey Associates LLP
*Served with filed documents via ECF System*

Patrick B. Hurley
Lawrence A. Stein
Huck, Bouma, Martin, Jones & Bradshaw, P.C.
1755 South Naperville Road, Suite 200
Wheaton, IL 60189-8132
(630) 221-1755
phurley@huckbouma.com
lstein@huckbouma.com
Attorneys for M&J Investment Group LP and James & Mary Rothermel
*Served with filed documents via ECF System*

John P. Sieger
David C. Bohan
Daniel J Polatsek
Andrew L. Wool
Alexander S. Vesselinovitch
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
john.sieger@kattenlaw.com
david.bohan@kattenlaw.com
daniel.polatsek@kattenlaw.com
andrew.wool@kattenlaw.com
avesselinovitch@kattenlaw.com
Attorneys for Robert R. McCormick Foundation, Cantigny Foundation, John M. Lavine, John Madigan, Mark Madigan, Stephanie Madigan, Peak6 Performance Management LLC, Ford Motor Company, HFR RVA Combined Master TR, HFR Asset Mgmt LLC, Kathryn Vorisek as a Trustee of Fiduciary Mgt. Assoc. LLC 401K FBO Robert Wesley Thornburgh, Salvation Army Central Territorial
*Served with filed documents via ECF System*

Antonio DeBlasio
DeBlasio Law Group, LLC
2001 Midwest Road #100
Oak Brook, IL 60523
(630) 560-1123
(630) 560-1144 (fax)
deblasio@deblasiolawgroup.com
Attorney for James and Judie King
*Served with filed documents via ECF System*

Frances F Gecker
Reed A. Heiligman
Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(312) 276-1400
(312)276-0035 (fax)
fgecker@fgllp.com
rheiligman@fgllp.com
mkrohn@fgllp.com
Attorneys for Gina Mazzaferri, Thomas Perry, Paul C and Kirsten Konrad, Margaret Durkin, Marissa Rudman, Philip B. Doherty and Richard Rott, Jim Roche
*Served with filed documents via ECF System*

Karen Elaine Gossman
John D. Ruark
Charles J. Risch
Lawrence Kamin Saunders & Uhlenhop, LLC
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
(312) 924-4255
(312) 372-2389 (fax)
kgossman@lksu.com
jruark@lksu.com
crisch@lksu.com
Attorneys for M. Joyce and S. Joyce
*Served with filed documents via ECF System*

James W. Weller
Harrison & Held LLP
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 332-1111
(312) 332-1150 (fax)
jweller@harrisonheld.com
Attorney for Charlotte O'Brien
*Served via e-mail*

David Barritt
Fred Lochbihler
Joseph Lombardo
Chapman & Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Tel: (312) 845-3000
Fax: (312) 701-2361
barritt@chapman.com
lochbihl@chapman.com
lombardo@chapman.com
Attorneys for BMO Harris Bank N.A., formerly known as Harris N.A. (Harris), as Executor of the Estate of Ward L. Quaal, as Trustee of the TR UA 09/02/1993 Ward L. Quaal Rev Trust, as Trustee of TR UA 09/02/1993 Dorothy Quaal Rev Trust, as Trustee of Henry G. Barkhausen TR 12/14/36, as Trustee of Janet U Embury Chln TR Grace FD, as Trustee of Janet U Embury, Chln TR J Ley FD, as Trustee of Stanley G. Harris TR 6/10/46, as Trustee of the S G Harris TR 6/13/45 Charity, and as Trustee of the S G Harris, TR 6/17/65 Mar TR, Margaret K Crane, John R. Flanagan, as an individual and as a CGM IRA Custodian, BMO Harris Bank N.A. as Trustee of the T. Stanton Armour Trust dated 2/10/66, Dorothy J. Vance
*Served with filed documents via ECF System*

Clinton A. Krislov
KRISLOV & ASSOCIATES LTD.
20 N. Wacker Drive, Suite 1350
Chicago, IL 60606
Tel: (312) 606-0500
Fax: (312) 606-0207
Attorney for Marjorie B. David, as an individual and as a CGM IRA Rollover Custodian, Kathy and Thomas Hundley
*Served via Email:* clint@krislovlaw.com

Joseph R. Ziccardi
Law Offices of Joseph R. Ziccardi
20 North Clark Street, Suite 1100
Chicago, IL 60602
(312)372-3477
jziccardi@ziccardilaw.com
Attorney for Donald Hinman, Jr. and Monica Hinman
*Served with filed documents via ECF System*

Nick D. Campanario
Matthew R. Kipp
Lee P. Garner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Tel: (312) 407-0974
Fax:(312) 827-9389
nick.campanario@skadden.com
lgarner@skadden.com
mkipp@skadden.com
Attorneys for Frank Considine, Andrew McKenna Trust, Miles D. White, Michael R. Quinlan, William A. Osborn, J. Christopher Reyes, James C. Warren, Fred J. Eychaner, Besty Holden and Robert Morrison
*Served with filed documents via ECF System*

Therese King Nohos
Alan Norris Salpeter
DEWEY & LEBOEUF LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
(312) 794 8027
tnohos@dl.com
asalpeter@dl.com
Attorney for Daniel Kazan
*Served via E-mail*

Brian Whitlock
Blackman Kallick
10 South Riverside Plaza, 9th Floor
Chicago, IL 60606-3770
312-980-2941
bwhitlock@BlackmanKallick.com
Attorney for Jack McDonald
*Served via E-mail*

Richard A. Saldinger
Allen Jay Guon
Peter John Roberts
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
rsaldinger@shawgussis.com

aguon@shawgussis.com
proberts@shawgussis.com
Attorneys for Crane Kenney and Kelly Kenney, Peter Rizzo, Kimberly Rizzo
*Served with filed documents via ECF System*

Tom Goldberg
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
(203) 977 7300
(203) 977 7301
tgoldberg@daypitney.com
Attorney for Terra Nova Financial
*Served via E-mail*

Kenneth S. Ulrich
Stephanie J. Harris
Kathryn B. Walter
Goldberg Kohn Ltd.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201-4000
kenneth.ulrich@goldbergkohn.com
stephanie.harris@goldbergkohn.com
Attorneys for Asset Management Investors LLC, DePaul University, Talon Opportunity Partners LP, Sherwin Zuckerman, Neisser Investment LP, Sherwin A. Zuckerman, as Co-Trustee of the Edward E. Neisser Marital Trust, Mesirow Financial, John Doe, As Custodian of The John R. Loftus IRA, John R. Loftus
*Served with filed documents via ECF System*

Janet Steffes Baer
Rebecca O'Neal Fruchtman
Baer Higgins Fruchtman LLC
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
312 836-4022
312-577-0737 (fax)
jbaer@bhflaw.net
rfruchtman@bhflaw.net
Attorneys for Abbott Laboratories Annuity
Retirement Trust
*Served with filed documents via ECF System*

Todd J. Rosen
Munger, Tolles And Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100
todd.rosen@mto.com
Attorney for Abbott Laboratories Annuity
Retirement Trust
*Served with filed documents via ECF System*

Jeffrey Hoke Bergman
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-4402
312-977-4405 (fax)
jbergman@uhlaw.com
Attorney for Arlene and Kenneth Posner, CSS, LLC
*Served with filed documents via ECF System*

Bruce J. Van Heukelem
Richard D. Boonstra
Hoogendoorn & Talbot
122 South Michigan Avenue
Suite 1220
Chicago, IL 60603
(312) 786-2250
rboonstra@hoogendoorntalbot.com
bvanheukelem@hoogendoorntalbot.com
Attorneys for Virginia Sonnenschein, As Custodian Or Trustee Of Virginia Sonnenschein Trust
*Served with filed documents via ECF System*

Richard M. Carbonara
1000 Plaza Drive
Suite 680
Schaumburg, IL 60173
(847) 209-0116
rmc@carbonaralaw.com
Attorney for Scott R Cook, UMC Benefit Board, Inc.
*Served with filed documents via ECF System*

Ronald A. Damashek
Stahl, Cowen, Crowley LLC
55 West Monroe Street
Suite1200
Chicago, IL 60603
(312)641-0060
rdamashek@stahlcowen.com
Attorney for Amalgamated Bank Of Chicago
*Served with filed documents via ECF System*

Susan Kay Ehlers
Armstrong Teasdale LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105
(314) 621-5070
sehlers@armstrongteasdale.com
Attorney for Ameren Management Health Trust; Ameren Services Company
*Served with filed documents via ECF System*

Mark Emil Leipold
Susan Kay Ehlers
Gould & Ratner
222 North LaSalle Street
Suite 800
Chicago, IL 60601
(312) 236-3003
mleipold@gouldratner.com
Attorneys for Ameren Management Health Trust; Ameren Services Company
*Served with filed documents via ECF System*

Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe
Chicago, IL 60601
312-902-5200
joshua.gadharf@kattenlaw.com
Attorney for E*Trade Capital Markets LLC, HFR Asset Mgmt. LLC
HFR RVA Combined Master TR, Kathryn Vorisek as a Trustee of Fiduciary Mgt. Assoc.
LLC 401K FBO Robert Wesley Thornburgh
*Served with filed documents via ECF System*

Terrence James Goggin
Terrence Raymond Goggin
Goggin and Associates
1100 Jorie Boulevard
Suite 255
Oak Brook, IL 60523
(630) 573-0606
(630) 573-0808 (fax)
terrencegoggin@hotmail.com
trgoggin@yahoo.com
Attorneys for Jeanne Caplice, As A Trustee Of The William Caplice Revoc Trust
*Served with filed documents via ECF System*

Susan M. Horner
Burke Warren MacKay & Serritella
330 N. Wabash Ave.
22nd Floor
Chicago, IL 60611
312 840 7000
shorner@burkelaw.com
Attorney for Sisters Of Saint Casimir
*Served with filed documents via ECF System*

Kelly Kathleen Kachmarik
James J. Roche & Associates
642 North Dearborn
Chicago, IL 60654
(312)335-0044
kmkachmarik@jjroche.net
Attorney for Kathleen and Frank Maloney
*Served with filed documents via ECF System*

John M. Kenney, Jr.
Faloon & Kenney, Ltd.
5 South 6th Avenue
LaGrange, IL 60525
(708)579-3400
john@jfklegal.com
Attorney for Thomas J. Kuhn Trustee Robert J. Kuhn Decl Of TR DTD 4-6-92
*Served with filed documents via ECF System*

Stewart Theodore Kusper
Paul Campbell Mallon, Jr.
Kusper & Raucii, Chtd.
30 N. LaSalle Street
Suite 3400
Chicago, IL 60602
(312) 332-5000
stewart.kusper@kusperraucci.com
pcm@kusperraucci.com
Attorneys for Patricia J Fendley, As A Trustee Of The U/A DTD 11/27/1995 By John P Fendley Trust
*Served with filed documents via ECF System*

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams
Springfield, IL 62702
(217) 544-1771
patrick@cavanagh-ohara.com
Attorney for NECA-IBEW Pension Trust Fund
*Served with filed documents via ECF System*

Joseph P. Roddy
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue,
22nd Floor
Chicago, IL 60611
(312) 840-7000
jroddy@burkelaw.com
Attorney for Mary K. Lawler
*Served with filed documents via ECF System*

Howard J. Rosenburg
Kopecky, Schumacher & Bleakley, PC
203 N. LaSalle Street
1620
Chicago, IL 60601
(312) 380 6631
hrosenburg@ksblegal.com
Attorney for Peter G. Lagen
*Served with filed documents via ECF System*

Ariel Weissberg
Weissberg & Associates
401 South LaSalle Street
Suite 403
Chicago, IL 60605
(312) 663-0004
ariel@weissberglaw.com
Attorney for Richard Morabito
*Served with filed documents via ECF System*

John A. Husmann
Bates Carey Nicolaides LLP
191 N. Wacker Drive
2400
Chicago, IL 60606
(312) 762-3254
jhusmann@bcnlaw.com
Attorney for PS Buyback Achievers Port
*Served with filed documents via ECF System*

Ann Hagerty
Law Office of Ann Hagerty
53 W. Jackson Blvd., Suite 1240
Chicago, IL 60604
(312) 939-8100
ann.hagerty@markjwalsh.com
Attorney for Patricia Walsh
*Served with filed documents via ECF System*

Keith R. Dutill
Neal R. Troum
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
(484) 323-1354
(610) 640-5809
kdutill@stradley.com
ntroum@stradley.com
Attorneys for Powershares Buyback Achievers Portfolio
and Powershares FTSE RAFI US 1000 Portfolio
*Served via e-mail*

Stephen G. Daday
Klein, Daday, Aretos & O'Donoughe, LLC
2550 W. Golf Road, Suite 250
Rolling Meadows, IL 60008
(847) 590-8700
sdaday@skdaglaw.com
Attorney for Loretta C. Finlay, as a Trustee of the U/A DTD 02/04/1994 By Loretta C. Finlay
*Served with filed documents via ECF System*

Richard N. Kessler
McDonald Hopkins, LLC
300 North LaSalle, Suite 2100
Chicago, IL 60654
(312) 280-0111
rkessler@mcdonaldhopkins.com
Attorney for Goldsher Investment Co., Inc.
*Served with filed documents via ECF System*

Michael T. Trucco
John James Kakacek
Stamos & Trucco
One East Wacker Drive
Suite 300
Chicago, IL 60601
(312) 630-7979
mtrucco@stamostrucco.com
jkakacek@stamostrucco.com
Attorneys for Catholic United Investment Trust
*Served with filed documents via ECF System*

Raymond H. Groble III
Brian T. George
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
bgeorge@daleymohan.com
groble@daleymohan.com
Attorneys for Rae F Patterson Self Trust and Mrs Rae F Patterson
*Served with filed documents via ECF System*

Timothy P. McHugh
Timothy P. McHugh, Ltd.
360 West Butterfield, #300
Elmhurst, IL 60126
(630) 941-2855
tim@mchughlawoffices.com
Attorneys for Lois D. Kaliebe, As A Trustee Of The U/A DTD 03/05/1993 By Mrs Lois D Kaliebe
*Served with filed documents via ECF System*

Glenn Alexander McTavish
Richard G. Larsen
Myler Ruddy & McTavish
105 East Galena Blvd
Suite 800
Aurora, IL 60505
(630) 897-8475
alexmctavish@mrmlaw.com
rglarsen@mrmlaw.com
Attorney for Dolores C. Mierkiewicz
*Served with filed documents via ECF System*

Brian Peter Deshur
Deshur Law Firm
55 West Monroe Street
Suite 3950
Chicago, IL 60603
312 380-1564
brian@deshurlaw.com
Attorney for John R. Black
*Served with filed documents via ECF System*

Charles J. Risch
John D. Ruark
Karen Elaine Gossman
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive
Suite 500
Chicago, IL 60606
(312) 372-1947
crisch@lksu.com

jruark@lksu.com
kgossman@lksu.com
Attorneys for BMR 2 LLC
*Served with filed documents via ECF System*

William Choslovsky
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312)269-8049
wchoslovsky@ngelaw.com
Attorneys for LFT Partnership
*Served with filed documents via ECF System*

Andrew J. Maxwell
Vikram R. Barad
Maxwell Law Group, LLC
105 W. Adams, Suite 3200
Chicago, IL 60603
(312) 368-1138
maxwelllawchicago@yahoo.com
vbarad@maxwellandpotts.com
Attorneys for Ohlson Enterprises
*Served with filed documents via ECF System*

Jeffrey E. Jamison
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
jjamison@dykema.com
Attorney for Tradelink Holdings LLC
*Served with filed documents via ECF System*

Sisavanh B. Baker
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7998
sisavanh.baker@cookcountyil.gov

Attorney for County Employees' and Officers' Annuity and Benefit Fund of Cook County
*Served with filed documents via ECF System*

Norman K. Beck
Christopher Heyer St. Peter
Nicole E Wrigley
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
nbeck@winston.com
cstpeter@winston.com
nwrigley@winston.com
Attorneys for LSV Asset Management, LSV US Large Cap Long/Short Fund LP
*Served with filed documents via ECF System*

Bevin Megan Brennan
Kevin D. Finger
Jonathan Hale Claydon
Daniel D Rubinstein
Greenberg Traurig, LLP
77 W. Wacker Drive
Suite 3100
Chicago, IL 60601
(312) 476-5037
brennanb@gtlaw.com
fingerk@gtlaw.com
claydonj@gtlaw.com
rubinsteindd@gtlaw.com
Attorney for Citadel Derivatives Group LLC
*Served with filed documents via ECF System*

Jeffrey S. Endick
Slevin & Hart
1625 Massachusetts Avenue, Northwest
Suite 600
Washington, DC 20036
(202) 797-8700
jendick@slevinhart.com
Attorney for United Food & Commercial Workers International Union-Industry Pen FD
*Served with filed documents via ECF System*

Sherrie E. Voyles
Jacobs, Burns, Orlove & Hernandez
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145
(312) 327-3444
svoyles@jbosh.com
Attorney for United Food & Commercial Workers International Union-Industry Pen FD
*Served with filed documents via ECF System*

Jessica Carey Knowles Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
jboelter@sidley.com
Attorney for Chicago Tribune Foundation
*Served with filed documents via ECF System*

Michael Gonzalez Melendez
University Of Illinois-office Of Unversity Counsel
1737 W. Polk Street
Aob Suite 405
Chicago, IL 60612
(312) 996-7762
mgmelend@gmail.com
Attorney for University of Illinois Urbana Champaign
*Served with filed documents via ECF System*

Gabriel Aizenberg
Greenberg Traurig, LLP
77 W. Wacker Drive
Suite 3100
Chicago, IL 60601
312 456 1029
aizenbergg@gtlaw.com
Attorney for Deere & Company Welfare Benefit Trust #1 and John Deere Pension Trust
*Served with filed documents via ECF System*

Mark Albert Bradford
DLA Piper US LLP IL

203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-4000
mark.bradford@dlapiper.com
Attorney for Harbor Capital Group Trust, Harbor Mid Cap Value Fund and Linda Molenda
*Served with filed documents via ECF System*

Ainsley Gordon Moloney
U.S. Bankruptcy Court
219 South Dearborn Street
Chicago, IL 60604
312 435 5673
ainsley.moloney@bingham.com
Attorney for Teachers Retirement System of the State of Illinois-SRS
*Served with filed documents via ECF System*

David Francis Buysse
Garofalo, Schreiber, Hart & Storm Chartered
211 West Wacker Drive
Suite 1300
Chicago, IL 60606
(312) 670-2000
dbuysse@atg.state.il.us
Attorney for Illinois State Board of Investment
*Served with filed documents via ECF System*

Christopher Louis Muniz
Gregg J. Simon
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545
clm@sacounsel.com
gjs@sacounsel.com
Attorney for Kevin and Sarah O'Brien
*Served with filed documents via ECF System*

Gus Anthony Paloian
Michael Ryan Pinkston
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400

Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
gpaloian@seyfarth.com
rpinkston@seyfarth.com
Attorneys for Northern Funds - Enhanced Large Cap Value Fund, Northern Funds - Large Cap Value Fund, Northern Trust Global Investments, The Northern Trust Company
*Served with filed documents via ECF System*

Jason Daniel Altman
Matthew Reasor Bowman
Andrew Lloyd Platt
Kluever & Platt P.C.
65 E. Wacker Place
Suite 2300
Chicago, IL 60601
(312) 236-0077
jaltman@kandpllc.com
rbowman@kandpllc.com
aplatt@kandpllc.com
Attorney for Erturk Ozbek, As A Trustee of The Erturk Ozbek Rev Trust DTD 06/29/1999
*Served with filed documents via ECF System*

Jeff Jacob Marwil
Proskauer Rose LLP (70W)
70 West Madison
Suite 3800
Chicago, IL 60602-4342
312 962 3540
jmarwil@proskauer.com
Attorney for Pershing LLC
*Served with filed documents via ECF System*

J. Timothy Cerney
Mary Joan O'Donnell
Carroll, Hartigan & Cerney Ltd.
218 N. Jefferson Street
Suite 201
Chicago, IL 60661-1310
(312) 236-3575
jtc@chc-law.com
mjo@chc-law.com
Attorneys for First Bank & Trust
*Served with filed documents via ECF System*

Joseph Michael Conway
Lincoln Law Partners, P.c.
2663 N Lincoln Avenue
Chicago, IL 60614
(773) 305-5766
jconway@lincolnlawpartners.com
Atttorney for James B. Kerr III Trust U/W Agnes R Kerr DTD 7/2/1977, James B Kerr, James B Kerr, Julie M Kerr, Julie M Kerr, The Robert J. Kerr Trust U/A DTD 9/2/1977
*Served with filed documents via ECF System*

Kurt Alan Friesen
McGuire Woods LLP
310 Fourth Street, NE
Charlottsville, VA 22902
434 977 2585
kfriesen@mcguirewoods.com
Attorney for The Siragusa Foundation
*Served with filed documents via ECF System*

Marc David Sherman
Marc D. Sherman & Associates, P.C.
3700 West Devon
Suite E
Lincolnwood, IL 60712
(847) 674-8756
marc@mshermanlawoffice.com
Attorney for Robert S Splithoff, as a Trustee of the FBO Robert S Splithoff Trust U/A/D 05-27-1992
*Served with filed documents via ECF System*

Daniel John McMahon
Geoffrey Alexander Belzer
Rebecca Rothmann
Wilson, Elser, Moskowitz, Edelman & Dicker
55 West Monroe Street
Suite 3800
Chicago, IL 60603
(312) 704-0550
Daniel.McMahon@wilsonelser.com
geoffrey.belzer@wilsonelser.com
rebecca.rothmann@wilsonelser.com
Attorneys for Delaware Guarantee & Trust Co. as Trustee of the PBO Lisa M Featherer IRA R/O
*Served with filed documents via ECF System*

Leland H. Chait
Sugar & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, IL 60605
(312) 704 2192
lchait@sfllp-law.com
Attorney for Echotrade LLC, Robert B. Greene, Jr., The Robert B. Greene Jr. Trust U/A DTD 11/06/1986
*Served with filed documents via ECF System*

Armen J. As Trustee Of The
Armen J Adajian Trust U/A 9/15/80
342 E Sheridan Road
Lake Bluff, IL 60044
*Served via U.S. mail*

George W Blossom, III, As An Individual And As A Custodian
Of TR K3-3219IA2
1101 Pembridge Dr Apt 215
Lake Forest, IL 60045-4223
*Served via U.S. mail*

Helen Brown
3728 Keenan Ln
Glenview, IL 60026-1194
*Served via U.S. mail*

Delaware Charter Guarantee &
Trust Co., As Trustee Of The
PBO Lisa M Featherer IRA R/O
2608 Greenleaf Avenue
Wilmette, IL 60091-2221
*Served via U.S. mail*

Dain Rauscher, As an Individual and As Custodian Of The Patrick J. McGlinn Individual Retirement Account RBC
2937 Priscilla Ave
Highland Park, IL 60035
*Served via U.S. mail*

Joe Frank
2644 Asbury Avenue
Evanston, IL 60201
*Served via U.S. mail*

Samuel H. Frankel, As A Trustee Of The FBO Samuel H Frankel U/A/D 01/28/80
5143 W Coyle
Skokie, IL 60077-3402
*Served via U.S. mail*

Zoltan Horvath
38877 N Kenmore Rd
Antioch, IL 60002-7119
*Served via U.S. mail*

Lidia Horvath
38877 N Kenmore Rd
Antioch, IL 60002-7119
*Served via U.S. mail*

Doris Keats Frank Individually And As TR UA 03/07/00 Doris Keats Frank Revocable Trust
919 S Chester Ave
Park Ridge, IL 60068-4682
*Served via U.S. mail*

TR UA 03/07/00 Doris Keats Frank Revocable Trust
919 S Chester Ave
Park Ridge, IL 60068-4682
*Served via U.S. mail*

Raymond John Frank, As A Trustee
Of The UA 03/07/00 Raymond
John Frank Revocable Trust
919 S Chester Ave
Park Ridge, IL 60068-4682
*Served via U.S. mail*

Mark J. Metzner, As An Individual And As A Custodian Of Metzner Family Foundation
1M-579
3 Lakewood Dr
Glencoe, IL 60022-1326
*Served via U.S. mail*

Northshore University Health System Second Century Fund
1301 Central Street
Evanston, IL 60201-1613
*Served via U.S. mail*

Romano Brothers & Co.

Richard C. Romano, Registered Agent
1 Rotary Center, Ste. 1300
Evanston, IL 60201
*Served via U.S. mail*

John R. Staib
618 W. Fulton St.
Chicago, IL 60661
*Served via U.S. mail*

Lewis Taman
132 E Delaware Pl Apt 5606
Chicago, IL 60611-1445
*Served via U.S. mail*

Larry Townsend, As An Individual And As A CGM IRA Rollover Custodian;
57 Salem Lane
Evanston, IL 60203
*Served via U.S. mail*

Kenneth J. Vydra, As A Trustee
Of The FBO Kenneth J. Vydra
No. 101 U/A/D 03-10-2006
6516 W. Highland Ave
Chicago, IL 60631-2016
*Served via U.S. mail*

Mary Anne Vydra, As A Trustee
Of The FBO Mary Anne Vydra
U/A/D 03-10-2006
6516 W. Highland Ave
Chicago, IL 60631-2016
*Served via U.S. mail*

Jean Samos
3728 Keenan Ln
Glenview, IL 60026-1194
*Served via U.S. mail*

Gail Samos Johnson
10187 Frankfort Main
Frankfort, IL 60423-2251
*Served via U.S. mail*

David D. Grumhaus, As A Trustee Of The David D. Grumhaus 1990 Trust
197 N. Green Bay Road

Lake Forest, IL 60045
*Served via U.S. mail*

Jack D. McManus
5200 N Knoxville Ave Apt 310N
Peoria, IL 61614-5063
*Served via U.S. mail*

Christopher Lindblad, As A Trustee Of The FBO Chris Lindblad Revocable T U/A/D 04-20-2000
902 Oak Street
Winnetka, IL 60093-2441
*Served via U.S. mail*

4th Power Master Fund Ltd / TMS/Its Sett A/C For Digilog M&C Corporate Services Ltd
71 South Wacker Drive, Suite 1900
Chicago, IL 60606
*Served via U.S. mail*

Ariel Appreciation Fund
200 E Randolph, Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Ariel Capital Management Inc
Registered Agent, CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604
*Served via U.S. mail*

Ariel Growth Fund
200 East Randolph, Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Ariel/Phnx
200 E Randolph Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Ariel/Terp
200 E Randolph Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Computershare Trust Co., Inc

2 N.LaSalle St
Chicago, IL 60602
*Served via U.S. mail*

Matthew Halbower
227 W Monroe St Apt 4000W
Chicago, IL 60606-5055
*Served via U.S. mail*

Myron L Hendrix
1189 Lascombes
Bourbonnais, IL 60914-4536
*Served via U.S. mail*

Chevy Chase Trust
7 St. Paul Street, Suite 1660
Baltimore, MD 21202
*Served via U.S. mail*

Kathy Spinato
180 North LaSalle Street Suite 2015
Chicago, IL 60601
*Served via U.S. mail*

Maxim Midcap Portfolio
200 E Randolph Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Muni Employees Annuity Ariel/Munemp and Benefit Fund -Chi
200 E Randolph Drive Ste 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Optionsxpress, Inc.
Registered Agent, Hillary Victor
311 W. Monroe, Suite 1000
Chicago, IL 60606
*Served via U.S. mail*

Robert Parrillo, as a Trustee of the U/A DTD 12/27/1990 by Robert Parrillo
1300 N. Lake Shore Drive, 41A
Chicago, IL 60610-2195
*Served via U.S. mail*

Phoenisx Inc

200 E Randolph Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Prim
200 E Randolph Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

SBL Fund Series H
50 S. LaSalle Street Suite 1
Chicago, IL 60603-1003
*Served via U.S. mail*

Transit Employees Retirement
200 E Randolph Suite 2900
Chicago, IL 60601-6536
*Served via U.S. mail*

Wayne Hummer Trust Co NA
664 North Western Avenue
Suite 900
Lake Forest, IL 60045
*Served via U.S. mail*

William Blair & Co.
222 West Adams Street
Chicago, IL 60606
*Served via U.S. mail*

Elizabeth Bigelow
641 Briar Ln
Northfield, IL 60093
*Served via U.S. mail*

Andrew Boehm
6243 N LeMai Avenue
Chicago, IL 60646
*Served via U.S. mail*

Rita A. Boehm
6243 N LeMai Avenue
Chicago, IL 60646
*Served via U.S. mail*

Joan S. Freehling, As Trustee Of The Ruth Stein

Discretionary Trust For Joan UAD 1/2/80
121 Belle Avenue
Highland Park, IL 60035
*Served via U.S. mail*

The Ruth Stein Discretionary Trust For Joan UAD 1/2/80
121 Belle Avenue
Highland Park, IL 60035
*Served via U.S. mail*

Alan Devaney
1806 N Orleans Street
Chicago, IL 60614
*Served via U.S. mail*

Jill Devaney
1806 N Orleans Street
Chicago, IL 60614
*Served via U.S. mail*

Daniel Jursa
7706 N Harlem Avenue
Niles, IL 60714
*Served via U.S. mail*

Marla Krause
2234 Chestnut Avenue
Wilmette, IL 60091
*Served via U.S. mail*

Bernard Lincicome
1180 Terrace Ct
Glencoe, IL 60022-1241
*Served via U.S. mail*

Theodore D. Novak
941 Wilkinson Pkwy
Park Ridge, IL 60068
*Served via U.S. mail*

Benjamin Frank Oliva
3814 N Hoyne Avenue #1
Chicago, IL 60618-3908
*Served via U.S. mail*

Advisory Research Inc S & P 500 Index Equal Weight

180 N Stetson
Suite 5780
Chicago, IL 60601
*Served via U.S. mail*

Cindy L. Schreuder
300 Woodland Avenue
Winnetka, IL 60093
*Served via U.S. mail*

Daniel J. Shea
407 Orchard Street B
Fox River Grove, IL 60021-1121
*Served via U.S. mail*

James Thomas Wirth
924 Parkplace Drive
Palatine, IL 60067
*Served via U.S. mail*

Eileen Marie Wirth
924 Parkplace Drive
Palatine, IL 60067
*Served via U.S. mail*

Patricia Nardella
TOD Account
839 Maple Drive
Chicago Heights, IL 60411
*Served via U.S. mail*

Illinois Student Assistance Commission
Attn: Annie Pike
100 W. Randolph
Suite 3-200
Chicago, Il 60601
*Served via U.S. mail*

Armen J Adajian Trust U/A 9/15/80
342 E Sheridan Road
Lake Bluff, IL 60044
*Served via U.S. mail*

Max S. Bell
156 Monterey Avenue
Pacific Grove, CA 93950

*Served via U.S. mail*

John Cheloni
1030 Adrienne Drive
South Elgin, IL 60177
*Served via U.S. mail*

Jean Cheloni
1030 Adrienne Drive
South Elgin, IL 60177
*Served via U.S. mail*

Daily News Tribune Inc.
426 Second Street
Lasalle, IL 61301
*Served via U.S. mail*

Helen K. Dohm
2404 Harlem Blvd
Rockford, IL 61103-4114
*Served via U.S. mail*

Edgar D. Gifford, As Trustee Of The Edgar D Gifford Trust UA 7/15/98
1571 W Ogden Avenue
Suite 1106
La Grange, IL 60526
*Served via U.S. mail*

The Edgar D. Gifford Trust UA 7/15/98
1571 W Ogden Avenue
Suite 1106
La Grange, IL 60526
*Served via U.S. mail*

The Erwin Shakin Delta Trust U/A 10/5/00
1404 Oak Avenue 3
Evanston, IL 60201-4207
*Served via U.S. mail*

Stanley Weiss, As Trustee Of The Erwin Shakin Delta Trust U/A 10/5/00
1404 Oak Avenue 3
Evanston, IL 60201-4207
*Served via U.S. mail*

Robert Farrington
1801 Gigi Lane

Darien, IL 60561
*Served via U.S. mail*

The Stephanie B Flynn Trust U/A DTD 11/14/62
1144 Keystone Avenue
River Forest, IL 60305
*Served via U.S. mail*

Stephanie B. Flynn, As Trustee Of The Stephanie B Flynn Trust U/A DTD 11/14/62
1144 Keystone Avenue
River Forest, IL 60305
*Served via U.S. mail*

The Robert A. Habermann Revocable Trust U/A DTD 4/20/99
575 W Madison Apt 4709
Chicago, IL 60661
*Served via U.S. mail*

Robert A. Habermann, As Trustee Of The Robert A. Habermann Revocable Trust U/A DTD 4/20/99
575 W Madison
Apt 4709
Chicago, IL 60661
*Served via U.S. mail*

Nuveen Equity Index Fund F/K/A First American Equity Index Fund
333 West Wacker Drive
Chicago, IL 60606
*Served via U.S. mail*

Lakonishok Corp
1943 N Burling
Chicago, IL 60614
*Served via U.S. mail*

Longview Management Group LLC
Attn: Brian B Gilbert, Registered Agent
222 North LaSalle Street
Suite 800
Chicago, IL 60601
*Served via U.S. mail*

MB Financial Bank N.A. Trust Department
6111 N River Road
Rosemont, IL 60618
*Served via U.S. mail*

MB Financial Bank, National Association
Trust Department
6111 N River Road
8th Floor
Rosemont, IL 60018
*Served via U.S. mail*

The Nathan H. Perlman Trust B DTD 12/17/68
133 Timber Lane
Glencoe, IL 60022
*Served via U.S. mail*

Edward Perlman As Trustee Of The Nathan H. Perlman Trust B DTD 12/17/68
133 Timber Lane
Glencoe, IL 60022
*Served via U.S. mail*

Miriam Novick, As Trustee Of The Nathan H. Perlman Trust B DTD 12/17/68
133 Timber Lane
Glencoe, IL 60022
*Served via U.S. mail*

Arline Doblin, As Trustee Of The Nathan H. Perlman Trust B DTD 12/17/68
133 Timber Lane
Glencoe, IL 60022
*Served via U.S. mail*

Robert M Berger
Krasnow Saunders Cornblath LLP
500 North Dearborn Street
Second Floor
Chicago, Illinois 60654
*Served via U.S. mail*

Margaret L. Sindelar
409 Wyndere Circle
Wheaton, IL 60187
*Served via U.S. mail*

David P. Slesur
11843 S 86th Avenue
Palos Park, IL 60464
*Served via U.S. mail*

The Sherrie M. Argirion Rev Trust U/A DTD 11/13/96

940 Augusta Way
Apt 214
Highland Park, IL 60035-1834
*Served via U.S. mail*

Sherrie M. Argirion, As Trustee Of The Sherrie M. Argirion Rev Trust U/A DTD 11/13/96
940 Augusta Way
Apt 214
Highland Park, IL 60035-1834
*Served via U.S. mail*

Cecil C. Smith
1727 W 102nd Street
Chicago, IL 60643
*Served via U.S. mail*

Suzanne Smith
1727 W 102nd Street
Chicago, IL 60643
*Served via U.S. mail*

Third Millennium Trading LLC
Attn: Michael J Palumbo, Registered Agent
440 S. LaSalle Street
Suite 3100
Chicago, IL 60605
*Served via U.S. mail*

State Farm Variable Product Trust (Large Cap Equity Index Fund)
One State Farm Plaza
Bloomington, IL 61710
*Served via U.S. mail*

John Doe, As Trustee Of The State Farm Variable Product Trust (Large Cap Equity Index Fund)
One State Farm Plaza
Bloomington, IL 61710
*Served via U.S. mail*

Large Cap Equity Index Fund
One State Farm Plaza
Bloomington, IL 61710
*Served via U.S. mail*

Nuveen Equity Index Fund
Attn: Nuveen Investments LLC
Stephen D. Foy
333 West Wacker Drive
Chicago IL 60606
*Served via U.S. mail*

Nuveen Investments LLC
Attn: Stephen D. Foy
333 West Wacker Drive
Chicago IL 60606
*Served via U.S. mail*

State Farm Insurance Companies Employee Retirement Trust
Attn: Cherill Reichter
One State Farm Plaza
Investment Accounting – D3
Bloomington, IL 61710
*Served via U.S. mail*

John Doe, As Trustee Of The State Farm Insurance Companies Employee Retirement Trust
Attn: Cherill Reichter
One State Farm Plaza
Investment Accounting-D3
Bloomington, IL 61710
*Served via U.S. mail*

State Farm Life Insurance Company
Attn: Cherill Reichter
One State Farm Plaza
Investment Accounting – D3
Bloomington, IL 61710
*Served via U.S. mail*

State Farm Mutual Automobile Insurance Company
Attn: Cherill Reichter
One State Farm Plaza
Investment Accounting – D3
Bloomington, IL 61710
*Served via U.S. mail*

South Shore Hospital Corporation
Attn: Jesus M Ong, Registered Agent
8012 S Crandon Avenue

Chicago, IL 60617
*Served via U.S. mail*

John Doe, As Custodian Of The Helen K. Dohm IRA
2404 Harlem Blvd
Rockford, IL 61103-4114
*Served via U.S. mail*

Date: November 29, 2011 /s/ John Matthew Fitzgerald

Christopher D. Liguori
Karina Zabicki DeHayes
John M. Fitzgerald
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, Illinois 60604
Tel: (312) 762-9450
Fax: (312) 762-9451

Daniel H. Golden, Esq. (admitted *pro hac vice*)
David M. Zensky, Esq. (admitted *pro hac vice*)
Stephen M. Baldini, Esq. (admitted *pro hac vice)*
Mitchell Hurley, Esq. (admitted *pro hac vice*)
Deborah J. Newman, Esq. (*pro hac vice* application forthcoming)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK, AND WILMINGTON TRUST COMPANY, except with respect to claims asserted against Shareholder Defendants by FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Robert J. Lack (*pro hac vice*)
Hal Neier (*pro hac vice* application forthcoming)
Amy C. Brown (*pro hac vice* application forthcoming)
Ricardo Solano Jr. (*pro hac vice* application forthcoming)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK, AND WILMINGTON TRUST COMPANY, with respect to claims asserted against Shareholder Defendants: CITADEL DERIVATIVES GROUP LLC; TALON OPPORTUNITY PARTNERS LP; TALON OPPORTUNITY PARTNERS; and FORD MOTOR COMPANY