

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
　　CLERK

　　　　　　　　　　　　　　　　1/3/2011

Clerk's Office
U.S. District Court
Southern District of New York
500 Pearl Street, Room 120
New York, NY 10007-1312


RE:　　　　Deutsche Bank Trust Company, et al v. Ohlson Enterprises, et al.
MDL No.　　　　2296
USDC Case No.　　11 cv 3754

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 12/19/2011  Pursuant to MDL Order 2296.

　　-was electronically transmitted to USDC for the Southern District Of New York.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　By:　　/s/ P. Susan McClintic
　　　　　　　　　　　　　　　　　　Deputy Clerk


New Case No. _____　　Date _____


cc:　　Non-ECF Attorneys and Pro se Parties